

# Fourth Court of Appeals
## San Antonio, Texas

## MEMORANDUM OPINION

No. 04-15-00697-CV

Janette Suzanne **CLARK**,
Appellant

v.

Samuel David **CLARK**,
Appellee

From the 198th Judicial District Court, Bandera County, Texas
Trial Court No. CV-15-0000318
Honorable M. Rex Emerson, Judge Presiding

PER CURIAM

Sitting:      Marialyn Barnard, Justice
               Rebeca C. Martinez, Justice
               Patricia O. Alvarez, Justice

Delivered and Filed:  December 23, 2015

MOTION TO DISMISS GRANTED; APPEAL DISMISSED

Appellant filed a motion to dismiss this appeal. We grant the motion. *See* TEX. R. APP. P. 42.1(a)(1). We order all appellate costs, if any, assessed against appellant. *See id.* R. 42.1(d) (absent agreement of the parties, costs are taxed against appellant).

PER CURIAM